No. 751. HOHENSEE *v.* FERGUSON ET AL. C. A. 3d Cir. Certiorari denied. *James C. Newton* for petitioner. *W. S. Moorhead, Jr.* for respondents.

No. 762. CONN ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for the United States.

No. 767. ALEXANDER ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley* and *Samuel Resnicoff* for petitioners. *Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal* and *Kathryn H. Baldwin* for the United States.

No. 781. PANICA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 787. JONES *v.* UNITED STATES. Court of Claims. Certiorari denied. *Fred W. Shields* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Donald H. Green* for the United States.

No. 793. HOPE NATURAL GAS CO. ET AL. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *C. William Cooper, Christopher T. Boland, Thomas F. Brosnan* and *Martin L. Friedman* for petitioners. *Kent H. Brown* for respondent.